Ciccarelli v. Morgan Stanley Private Bank, N.A. Ciccarelli v. Morgan Stanley